ORIGIN/

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 1 8 2016

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

MARTIN CRAIG JENKINS

Criminal Indictment

No. **1:16CR183**

THE GRAND JURY CHARGES THAT:

**Count One**
**Receipt of Child Pornography**
**(18 U.S.C. § 2252(a)(2) and (b))**

On or about June 14, 2014, in the Northern District of Georgia, the defendant, MARTIN CRAIG JENKINS, did knowingly receive at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Sections 2256(2), said depiction having been (a) produced using a minor engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b).

**Count Two**
**Possession of Child Pornography**
**(18 U.S.C. § 2252(a)(4)(B))**

On or about September 20, 2014, in the Northern District of Georgia, the defendant, MARTIN CRAIG JENKINS, did knowingly possess at least one

computer and computer storage device, specifically, a Panasonic Toughbook laptop, which contained at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction (a) having been produced using a minor engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## Count Three
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B))

On or about January 1, 2016, in the Northern District of Georgia, the defendant, MARTIN CRAIG JENKINS, did knowingly possess at least one computer and computer storage device, specifically, a Travelstar laptop hard drive and Dell Desktop, which contained at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction (a) having been produced using a minor engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age,

2

and (c) having been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

A _____ T͞rue _____ BILL

_____ FOREPERSON

JOHN HORN
 *United States Attorney*

SKYE DAVIS
 *Assistant United States Attorney*
Georgia Bar No. 564709
 600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3